UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00177 |
| ) | JUDGE CAMPBELL |
| BRANDON DEYONTAE PIPER ) | |

## ORDER

Pending before the Court is Defendant Brandon Piper's Motion to Allow Access to Ipod or Similar Device for Discovery Access and Review (Docket No. 51). The Motion is GRANTED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE