UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00177 |
| | ) | JUDGE CAMPBELL |
| BRANDON DEYONTAE PIPER | ) | |

## ORDER

Pending before the Court is a Motion to Continue Sentencing Hearing (Docket No. 115). The Motion is GRANTED.

The sentencing hearing currently scheduled for October 8, 2013, is RESCHEDULED for November 7, 2013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE